IN THE CIRCUIT COURT OF MILLER COUNTY, ARKANSAS

| | |
|---|---|
| KEVIN HOLT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § PLAINTIFF § § vs. § § FORD MOTOR COMPANY, § § DEFENDANT. § § | NO. CV2012-0165-2 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## PROTECTIVE ORDER QUASHING DEFENDANT'S DEPOSITION NOTICES

Before the Court is Plaintiff's Motion for Protective Order Quashing Defendant's Deposition Notices of (1) Eric Zinkosky; (2) Paul Roberts; (3) Paul Mayer; and (4) Keith Weston for depositions on November 8, 2012 in Ann Arbor, Michigan.

The Court finds the motion well taken and hereby GRANTS Plaintiff's motion for protective order quashing the above deposition notices.

Dated: __November 1__, 2012

_____
PRESIDING JUDGE

FILED 2012 NOV -1 A 9: 44
MARY PANKEY, CIRCUIT CLERK
BY_____ DEPUTY