IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN HOLT, on behalf of himself
and all others similarly situated                                                          PLAINTIFF

V.                                          Civil No. 4:14-cv-4030

FORD MOTOR COMPANY                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Stay. (ECF No. 18). Specifically, Plaintiff moves the Court to enter an order staying this litigation and extending the deadline to respond to Defendant's Motion for Summary Judgment (ECF No. 14) until the Court rules on Plaintiff's Motion to Remand. Upon consideration, the Court finds that good cause for an extension has been shown. Accordingly, the Court finds that Plaintiff's motion should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. The case is not stayed. However, the Court extends the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment. If the Court denies Plaintiff's Motion to Remand, Plaintiff must respond to Defendant's Motion for Summary Judgment within fourteen (14) days of the entry of the order denying remand.

**IT IS SO ORDERED**, this 17th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge